IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE RIVERKEEPER NETWORK, et al.,** : |
| Plaintiffs, : |
| : |
| v. : Civ. No. 18-2447 |
| : |
| **SUNOCO PIPELINE L.P.,** : |
| Defendant. : |

## JUDGMENT

**AND NOW**, this 16th day of April, 2020, for the reasons provided in my Memorandum Opinion (Doc. No. 58), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 45) is **GRANTED**;

2. Counts 1 and 2 of Plaintiffs' Amended Complaint (Doc. No. 12) are **DISMISSED with prejudice**. Insofar as the Amended Complaint includes any state law claim—and it is by no means clear that it does—I decline to exercise supplemental jurisdiction over it. 28 U.S.C. § 1367(c)(3); see Born v. Aberdeen Police Dep't, 397 F. App'x 801, 802 (3d Cir. 2010);

3. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiffs;

4. Plaintiffs' Motion for Summary Judgment (Doc. No. 47) is **DENIED**;

5. Defendant's Motion *in limine* (Doc. No. 46) is **DENIED as moot;** and

6. The Clerk of Court shall **CLOSE** this case.

                                          **AND IT IS SO ORDERED.**

                                          */s/ Paul S. Diamond*
                                          _____
                                          Paul S. Diamond, J.