# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE RIVERKEEPER NETWORK, et al.,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 18-2447 |
| | : | |
| **SUNOCO PIPELINE L.P.,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of September, 2020, upon consideration of Defendant's Motion for Fees and Costs (Doc. No. 60), all related filings (Doc. Nos. 63–66), and all exhibits and affidavits attached to the submissions, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

The Motion of David Wood to intervene (Doc. No. 71) is **DENIED** as moot.

**AND IT IS SO ORDERED**

*/s/ Paul S. Diamond*
_____

Paul S. Diamond, J.